UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**ARIEL SHAWA**  :  **CASE NO. 2:21-CV-00176**

**VERSUS**  :  **JUDGE JAMES D. CAIN, JR.**

**GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY**  :  **MAGISTRATE JUDGE KAY**

**MEMORANDUM ORDER**

Before the court is a Motion to Opt Out of Case Management Order [doc. 10] filed by defendant Garrison Property & Casualty Insurance Company and seeking an exemption from the undersigned's Case Management Order for Hurricane Laura and Hurricane Delta Claims [doc. 2]. Defendant argues that this case is unsuited to the Case Management Order's discovery protocols because the dispute centers on scope and valuation, rather than coverage, and that the Case Management Order's disclosure requirements are thus overly broad and would only serve to lengthen litigation.

The court has "wide discretion to control the course of litigation, which includes authority to control the scope and pace of discovery" and "general discretionary power to stay proceedings before it in the control of its docket and in the interests of justice." *In re Ramu Corp.*, 903 F.2d 312, 318 (5th Cir. 1990); *McKnight v. Blanchard*, 667 F.2d 477, 479 (5th Cir. 1982). While the initial disclosures do require production of materials defendant might view as irrelevant at this stage, they have been calculated to streamline discovery for these first-party insurance disputes – most of which center on valuation and

scope. The streamlined process allows this information to be exchanged efficiently before the parties proceed to mediation, and so the court anticipates no delay despite defendant's allegations of overbreadth. Finally, the court reminds both parties of its expectation that they will cooperate fully during the process, including with any need for additional information or subsequent inspections. Accordingly, defendant fails to show justification for opting out of the Case Management Order and the Motion [doc. 10] is **DENIED**.

**THUS DONE AND SIGNED** in Chambers on this 24th day of March, 2021.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE